▲AO 442 (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

　　　　　　　Middle　　　　　　District of　　　　　　Florida

UNITED STATES OF AMERICA

V.

Jurodt Taylor

**WARRANT FOR ARREST**

Case Number: 8:91-CR-210-T-17MAP

To: The United States Marshal
　　and any Authorized United States Officer

　　YOU ARE HEREBY COMMANDED to arrest _____ Jurodt Taylor _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment　　☐ Information　　☐ Complaint　　☐ Order of court

☐ Pretrial Release Violation Petition　　☐ Probation Violation Petition　　☒ Supervised Release Violation　　☐ Violation Notice

charging him with (brief description of offense)

See attached Petition.

| SHERYL L. LOESCH | *[signature]* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk, U.S. District Court | AUG 1 1 2009　Tampa, FL |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named individual at

*[Stamp: COPY — For Investigative Purposes Only — U.S. MARSHAL MIDDLE DISTRICT OF FLORIDA HOLDS ORIGINAL WARRANT — OFFICE TAMPA]*

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | Tampa PD | |

MD/FL 12C
(9/03)

# United States District Court

for

**Middle District of Florida
Tampa Division**

2009 AUG 11 PM 3: 39

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

## Petition for Warrant or Summons for Offender Under Supervised Release

Name of Offender: Jurodt Taylor        Docket Number: 8:91-CR-210-T-17MAP and
                                                      8:CR-211-T-17EAJ

Name of Sentencing Judicial Officer: Honorable Elizabeth A. Kovachevich

Date of Original Sentence: September 8, 1992

Original Offense: Case No: 8:91-CR-210-T-17MAP Ct. 1) Conspiracy to Commit Bank Robbery; Ct. 2) Armed Bank Robbery; Ct. 3) Use of Firearm for Crime of Violence; and Ct. 4) Felon in Possession of Firearm.

Case No: 8:91-CR-211-T-17EAJ Ct. 1) Armed Bank Robbery; Ct. 2) Use of Firearm for Crime of Violence.

Original Sentence: Case No: 8:91-CR-210-T-17MAP: Five years as to Count One: Fifteen (15) years as to Count Two; Count One, Two and Four are to run Concurrent with each other. Count Three is to run consecutive to Counts One, Two and Four. Defendant is to receive credit for time served as computed by the Bureau of Prisons. Total imprisonment Twenty (20) years. Supervised Release: Three (3) years as to each of Counts One, Three and Four. Five (5) years as to Count Two. Counts One, Two, Three and Four are to run concurrent with each other and concurrent with the term of supervised release imposed in Case No. 8:91-CR-211-T-17EAJ. Restitution-First Federal Savings and Loan, Association of Florida Lakeland, Florida, $13,646.00. Cincinnati Insurance Company, Cincinnati, Ohio, $626.11. Restitution to be made under a payment plan at the direction of the United States Probation Office. Drug treatment was also ordered.

Case No: 8:91-Cr-211-T-17EAJ: Fifteen years as to Count One; Zero (0) months as to Count Two. Count One is to run concurrent with Counts One, Two and Four in Consolidated Case No. 8:91-CR-210-T-17MAP. Defendant is to receive credit for time served as computed by the Bureau of Prisons. Supervised Release: Five years as to Count One. Three (3) years as to Count Two. Counts One and Two are to run Concurrent with each other and concurrent with the term of Supervised Release imposed in Case No. 8:91-CR-210-T-17MAP. Restitution-First Federal Savings and Loan, Association of Florida, Lakeland, Florida, $13,646.00. Cincinnati Insurance Company, Cincinnati, Ohio, $626.11. Restitution to be made under a payment plan at the direction of the United States Probation Office. Drug treatment was also ordered.

Type of Supervision: Supervised Release    Date Supervision Commenced: November 4, 2008

Assistant United States Attorney: Mark Krum    Defense Attorney: Deborah Jordan (Appointed)

MD/FL 12C
(9/97)

Page: 2

Offender: **Taylor, Jurodt**
Docket: **8:91-CR-210-T-17MAP**
Date Prepared: **August 10, 2009**

## PETITIONING THE COURT TO ISSUE A WARRANT

The probation officer believes that the offender has violated the following condition(s) of supervision:

1. **Failure to submit written monthly reports in violation of Condition 2 of the Standard Conditions of Supervision:** The defendant failed to submit his written monthly report for the month of July, 2009. This report was due on August 5, 2009.

2. **Failure to Report in violation of Condition 2 of the Standard Conditions of Supervision:** On July 31, 2009, the defendant failed to report to the United States Probation Office as instructed by his probation officer in a letter sent to his address on July 28, 2009.

3. **Failure to notify the Probation Officer within 72 hours of any change in residence in violation of Condition 6 of the Standard Conditions of Supervision:** On July 31, 2009, the defendant failed to notify his probation officer within 72 hours of any change of residence from 13229 Bunn Circle, Apt. # 59, Tampa, Florida 33612. His current location is unknown.

4. **Positive urinalysis for Cocaine on July 9, 2009, in violation of Condition 7 of the Standard Conditions of Supervision:** On July 9, 2009, the defendant provided a urine specimen, which was analyzed and yielded positive results for the presence of Cocaine. Further, on July 10, 2009, the defendant admitted that the had used illegal drugs 10 days prior to July 9, 2009.

5. **Failure to submit to urinalysis testing in violation of the special condition which states in part that the defendant shall participate in a program of testing and treatment for drug and/or alcohol abuse:** On July 21, 2009, and July 27, 2009, the defendant failed to submit a periodic urine specimen for drug testing as directed by the probation officer.

6. **Admission of illegal drug use for cocaine, on July 16, 2009, in violation of Condition 7 of the Standard Conditions of Supervision:** On July 16, 2009, the defendant admitted verbally that he used cocaine after July 9, 2009.

7. **Failure to participate in Drug Aftercare Treatment in violation of the Special Condition:** On July 23, 2009, the defendant missed an individual session and a group session at his drug treatment provider.

MD/FL 12C
(9/97)

Page: 3

Offender: **Taylor, Jurodt**
Docket: **8:91-CR-210-T-17MAP**
Date Prepared: **August 10, 2009**

United States Probation Office Recommendation:

☒     The term of supervision should be

    ☒     revoked

    ☐     extended for years and months, for a total term of years and months.

☐     The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.
Executed on August 10, 2009

*[signature]*

J. Michelle Remon
Senior United States Probation Officer

MD/FL 12C
(9/97)

Page: 4

Offender: **Taylor, Jurodt**
Docket: **8:91-CR-210-T-17MAP**
Date Prepared: **August 10, 2009**

THE COURT ORDERS

☒ The Issuance of a Warrant

☐ The Issuance of a Summons

☐ No Action

☐ Other

_____
Signature of Judicial Officer

8-10-2009
Date

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida.
BY: _____
Deputy Clerk